**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIA AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> RALLY AUTO GROUP, INC. d/b/a RALLY KIA; DALIA AUTO GROUP, INC.; ALAM Z. KHAN; and DALIA K PROPERTIES AND HOLDINGS LLC, <br><br> Defendants. | Case No. 8:22-cv-00109-JVS (JDEx) <br><br> **ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Complaint Filed:   Jan. 21, 2022 <br> Trial Date:          Dec. 19, 2023 <br><br> District Judge:   Hon. James V. Selna <br> **Courtroom:      10C** |

Plaintiff and Counterdefendant Kia America, Inc. ("Plaintiff") and Defendants and Counterplaintiffs Rally Auto Group, Inc. ("Rally Auto"), Dalia Auto Group, Inc., Alam Z. Khan, and Dalia K Properties and Holdings LLC (collectively "Defendants", and together with Plaintiff, the "Parties"), by and through their counsel, stipulate and agree as follows:

## RECITALS

WHEREAS, Plaintiff filed the Complaint in this action on January 21, 2022;

WHEREAS, Defendants filed an Answer to Complaint and Counterclaim on March 31, 2022; and

WHEREAS, the Parties have entered into a Settlement Agreement and Mutual Release dated as of June 29, 2023 (the "Settlement Agreement"), settling all claims and counterclaims that have been asserted in this action, as more fully set forth in the Settlement Agreement;

## STIPULATION

NOW, THEREFORE, the Parties stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action, and each claim and counterclaim that has been asserted herein, is dismissed with prejudice and without costs to any party, with each party to bear its or his own attorney's fees, costs and disbursements. **IT IS SO STIPULATED.**

**IT IS SO ORDERED.**

**Date: July 06, 2023**

_____
**Hon. James V. Selna**
**U.S. District Judge**